**EXHIBIT 2:** INFRINGEMENT
URL: https://www.instagram.com/foosgonewild/p/CrlhjCCJoOz/?hl=en&img_index=4

