**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-02266-KES                                    Date: January 21, 2026

Title: Christopher Sadowski v. Foos Gone Wild LLC

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

<u>Jazmin Dorado</u>                                    <u>Not Present</u>
Courtroom Clerk                                       Court Reporter

ATTORNEYS PRESENT FOR                  ATTORNEYS PRESENT FOR
PLAINTIFF:                                           DEFENDANTD:
None Present                                          None Present


**PROCEEDINGS (IN CHAMBERS):**        **Order to Show Cause Why Action Should**
                                      **Not Be Dismissed for Failure to Timely**
                                      **Serve Defendant**


Plaintiff Christopher Sadowski filed this action on October 8, 2025.  (Dkt. 1.)  Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed.  Although that 90-day deadline expired on January 6, 2026, Plaintiff has not filed any proof of service as of the date of this order.

IT IS THEREFORE ORDERED that, **on or before February 4, 2026**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendant.


Initials of Deputy Clerk <u>JD</u>