JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER SADOWSKI,

          Plaintiff,

    v.

FOOS GONE WILD LLC.

          Defendant.

Case No. 8:25-cv-02266-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that motion for default judgment is PARTIALLY GRANTED.  Judgment is to be entered in this matter, in favor of Plaintiff Christopher Sadowski, in the total amount of $9,675.00 (comprised of $8,000.00 in statutory damages, $1,000.00 in attorneys' fees, and $675.00 in recoverable costs).

DATED:  May 29, 2026

_____

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

1